**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6759**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WILLIAM M. BRYSON, JR.,

Defendant - Appellant.

**No. 15-6762**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WILLIAM M. BRYSON, JR.,

Defendant - Appellant.

Appeals from the United States District Court for the District of South Carolina, at Anderson. Henry M. Herlong, Jr., Senior District Judge. (8:01-cr-00712-HMH-1; 8:01-cr-00240-HMH-1)

Submitted: December 17, 2015      Decided: December 21, 2015

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

————————————

William M. Bryson, Jr., Appellant Pro Se.  Robert Frank Daley, Jr., Assistant United States Attorney, Columbia, South Carolina, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William M. Bryson, Jr., appeals the district court's orders denying his motions for modification of the terms of his supervised release. We have reviewed the record and find no abuse of discretion and no reversible error. Accordingly, we affirm the district court's orders. See 18 U.S.C. § 3583(e)(2) (2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED